MARIETTE LESLIE-COTTON, Appellant, *v.* HUGH D. COTTON, Individually and as Trustee, et al., Respondents.

Submitted April 19, 1937; decided April 27, 1937.

Motion for reargument of motion for leave to appeal denied, with ten dollars costs and necessary printing disbursements. (See 273 N. Y. 678.) We cannot see that the case of *Townshend* v. *Frommer* (125 N. Y. 446) is inconsistent with the decision in this case.

OSWEGO RIVER REALTY CORPORATION et al., Appellants and Respondents, Impleaded with Another, *v.* SWEET BROTHERS PAPER MANUFACTURING COMPANY, INC., Respondent and Appellant, Impleaded with Others.

Submitted April 19, 1937; decided April 27, 1937.

Motion to amend the remittitur granted. Return of remittitur requested and when returned it will be amended so as to read as follows: " Judgment of the Appellate Division modified to eliminate any adjudication of riparian ownership or water rights in the pool above the dam and as so modified affirmed, without costs." (See 272 N. Y. 505.)

MARIAN S. HONEYMAN, Appellant, *v.* HERBERT G. HANAN, as Executor of HERBERT W. HANAN, Deceased, Respondent.

Submitted April 26, 1937; decided April 27, 1937.

Motion for reargument or to amend the remittitur granted to the extent of permitting a reargument and case set down for May 17, 1937. (See 271 N. Y. 564.)